**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEOLOGIC COMPUTER SYSTEMS, INC.,

    Plaintiff,

v.                                                Case No. 11-13272

ARNOLD S. WEINTRAUB and THE
WEINTRAUB, P.L.C.,

    Defendants.
    _____/

**ORDER GRANTING IN PART "JOINT MOTION TO AMEND AUGUST 15, 2011
SCHEDULING ORDER" AND SCHEDULING TELEPHONIC STATUS CONFERENCE**

    Before the court is the parties' joint motion to extend the August 15, 2011 scheduling order deadlines 120 days. During a March 5, 2012 telephonic conference, the court expressed its concern regarding the parties' desire to delay adjudication of this case pending the resolution of *Geologic Computer Systems, Inc. v. MacLean*, No. 10-13569 (E.D. Mich.), a case currently pending before another judge of this court. Instead of granting the requested 120-day extension, the court asked the parties to develop a 60-day proposed discovery plan, explaining in satisfactory detail what discovery efforts would be undertaken if the court granted a 60-day extension for discovery. The parties filed their proposed plan on March 9, 2012. Having reviewed the plan,

    IT IS ORDERED that the parties' "Joint Motion to Amend August 15, 2011 Scheduling Order" [Dkt. # 9] is GRANTED IN PART. The deadline for completing court-supervised discovery is **May 15, 2012**. Final witness lists must be delivered to the opposing party and filed with the court on or before **May 1, 2012**. Plaintiff shall supply

to opposing counsel any report of a proposed expert on or before **April 20, 2012**, and Defendant shall provide its proposed expert's report on or before **May 4, 2012**. The deadline for filing pretrial dispositive motions is **June 16, 2012**. Finally, all other pretrial and trial dates set forth in the scheduling order will remain unchanged at this time.

IT IS FURTHER ORDERED that the parties shall participate in a telephonic status conference on **May 14, 2012, at 2:00 p.m.** The court will initiate the call.

       s/Robert H. Cleland  
       ROBERT H. CLELAND  
       UNITED STATES DISTRICT JUDGE

Dated: March 15, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 15, 2012, by electronic and/or ordinary mail.

       s/Lisa Wagner  
       Case Manager and Deputy Clerk  
       (313) 234-5522