**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEOLOGIC COMPUTER SYSTEMS, INC.,

    Plaintiff,

v.                                                  Case No. 11-13272

ARNOLD S. WEINTRAUB and THE
WEINTRAUB GROUP, P.L.C.,

    Defendants.
                                             /

**ORDER ADMINISTRATIVELY CLOSING CASE
AND SETTING TELEPHONE CONFERENCE**

On June 4, 2012, the court conducted a telephone status conference with counsel in the above-captioned case, during which the status of *Geologic Computer Systems, Inc. v. MacLean*, Case No. 10-13569, an independent case currently pending in this district that may have a material impact on the resolution and calculation of any possible damages in this case, was discussed. The court proposed staying and administratively closing this case pending further action in Case Number 10-13569 and directed counsel to discuss the option with their respective clients. During a follow-up telephone conference on June 8, 2012, counsel stated that their clients had agreed to a stay and indicated that they would continue discovery on a cooperative basis. The court then assured them that an administrative closing of the case would maintain the rights of the parties as they exist on the date of the entry of the order closing the case and that it would be available for consultation in the event the parties sought the court's assistance on discovery issues. Accordingly,

IT IS ORDERED that this case shall be removed from the court's active docket and administratively closed for statistical purposes.

IT IS FURTHER ORDERED that, upon notification by either party, the case shall be restored to the active docket of the court, with all rights enjoyed by all parties fully in force as they were on the date of this order.

Finally, IT IS ORDERED that counsel for the parties shall participate in a telephonic conference on **September 10, 2012, at 2:00 p.m.**  The court will initiate the call.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  June 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 18, 2012, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522